UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 JUN 28 AM 10: 57
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

BANK ONE, NATIONAL ASSOCIATION, §
fna FIRST NATIONAL BANK OF CHICAGO §
§
§
v. § CIVIL NO. 1:06-CV-494 SS
§
§
CHRISTOPHER MICHAEL, AND ALL §
OTHER OCCUPANTS OF 23606 HILLVIEW §
CIRCLE, MARBLE FALLS, TEXAS 78654 §

## ORDER

The above captioned cause, having been removed to this Court on June 27th, 2006, from the Justice Court, Precinct No. 2 (2-1) of Travis County, Texas, and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order, furnish to the U.S. District Clerk's Office, in duplicate, a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

ENTERED this the 28th day of June, 2006.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE